UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TRACEY BROCK,  )  <br>         Plaintiff,  )  <br> v.  )  <br> )  <br> )  <br> TIM TERRY (in his individual capacity)  )  <br> and COOKEVILLE HONDA, the  )  <br> assumed name of Cappo Management  )  <br> XVIII, Inc.  ) | NO. 2:08-CV-0080 <br> JUDGE CAMPBELL |

## ORDER

Pending before the court are Defendants' Motions for Summary Judgment (Docket Nos. 17 and 20).

The Court has reviewed Defendant's motions and supporting documents pursuant to *Stough v. Mayville Community Schools*, 138 F. 3d 612, 614 (6th Cir. 1998), and finds that Defendants have carried their burdens to show that there are no disputed issues of material fact[1] and Defendants are entitled to judgment as a matter of law.[2]

Defendants' Motions for Summary Judgment are GRANTED and the case is dismissed

---

[1] Plaintiffs were given Response deadlines to Defendants' Motions for Summary Judgment of July 8, 2009 and July 16, 2009, respectively. As of August 17, 2009, no responses have been filed. Failure to respond to a moving party's statement of material facts within the time period provided shall indicate the asserted facts are not disputed for the purposes of summary judgment. L.Rule 56.01(g).

[2] Failure to file a timely response shall indicate that there is no opposition to the motions. L.Rule 7.01B.

with prejudice. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE